UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNELL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3971** |
| **JOSEPH LOPINTO, III, ET AL** | **SECTION: A(1)** |

## ORDER TO SHOW CAUSE

This case was filed on October 18, 2022. A review of the record indicates that service of the petition has been made upon defendant Jefferson Parish Sheriff's Office, and the time to file responsive pleadings has expired. Accordingly,

**IT IS ORDERED** that on or before **October 20, 2023**, plaintiff shall obtain responsive pleadings or a preliminary default on the defendant, Jefferson Parish Sheriff's Office. Failure to comply with this order may result in dismissal without further notice, for failure to prosecute.

New Orleans, Louisiana this 21st day of September 2023.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE