UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNELL WELLIAMS, INDIVIDUALLY
AND ON BEHALF OF
THE ESTATE OF JOHNELL WALKER                    CIVIL ACTION

VERSUS                                          NO. 22-3971

JEFFERSON PARISH, ET AL.                        SECTION A(1)


<u>**ORDER CONSOLIDATING CASES**</u>

It having come to the Court's attention that Civil Action No. 22-4170, Priscilla A. Walker

v. Joseph Lopinto, et al., is related to the above case;

**IT IS ORDERED** that the above matters are **CONSOLIDATED**.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated

proceeding shall bear the caption of the lead consolidated case together with the docket number of

all cases within the consolidation to which the document applies or the notation "ALL CASES" if

it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the

consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases

to which the document applies, except that orders and documents terminating a party or disposing

of a case will also be entered on the individual docket sheet.  All documents shall be filed in the

master file only, except that orders and documents terminating a party or disposing of a case will

also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

September 27, 2023

JUDGE JAY C ZAINEY
UNITED STATES DISTRICT JUDGE